**PRISONER CASE**

#3

**FILED**
APR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. PEDRO ALAMILLO

**Defendant(s):** NEDRA CHANDLER, etc.

**County of Residence:** LEE

**County of Residence:**

**Plaintiff's Address:**
Pedro Alamillo
B-50088
Dixon - DIX
P.O. Box 1200
Dixon, IL 61021

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinios Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV2056
JUDGE KENDALL
MAG. JUDGE MASON

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham        **Date:** 04/10/2008