## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:    08 C 2056

Pedro Alamillo, Petitioner,

     vs.

Nedra Chandler, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Respondent Nedra Chandler.

| |
|---|
| NAME (Type or print)<br>Erin M. O'Connell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Erin M. O'Connell |
| FIRM<br>    Office of the Illinois Attorney General, Criminal Appeals Division |
| STREET ADDRESS  100 W. Randolph St., 12th Floor |
| CITY/STATE/ZIP<br>    Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6283650 | TELEPHONE NUMBER<br>(312) 814-1235 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 13, 2008, I submitted Respondent's **Attorney Appearance Form** for electronic filing and uploading to the CM/ECF system.  A copy of this document was mailed by the United States Postal Service to the following non-CM/ECF user:

Pedro Alamillo, #B50088
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021.

/s/ Erin M. O'Connell
ERIN M. O'CONNELL, Bar No. 6283650
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601
PHONE: (312) 814-1235
FAX: (312) 814-2589
EMAIL: eoconnell@atg.state.il.us

*HIth*

**FILED**

APR 1 0 2008 *aew*

4-10-2008

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS ~~MICHAEL W. DOBBINS~~
~~CLERK, U.S. DISTRICT COURT~~

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

PEDRO ALAMILLO, B50088
Plaintiff

v.

NEDRA CHANDLER, WARDEN
~~Defendant~~
Respondent,

# 08CV2056
# JUDGE KENDALL
# MAG. JUDGE MASON

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, PEDRO ALAMILLO, B50088 , declare that I am the ☐plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?        ☒Yes        ☐No    (If "No," go to Question 2)
   I.D. # B50088                    Name of prison or jail: **DIXON CORRECTIONAL CENTER**
   Do you receive any payment from the institution? ☒Yes ☐No.  Monthly amount: **$14.40**

2. Are you currently employed?        ☐Yes        ☒No
   Monthly salary or wages: **N/A**
   Name and address of employer: **N/A**

   a.  If the answer is "No":
       Date of last employment: **N/A**
       Monthly salary or wages: **N/A**
       Name and address of last employer **N/A**

   b.  Are you married?            ☐Yes        ☐No
       Spouse's monthly salary or wages: _____
       Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a.  Salary or wages                                        ☐Yes        ☒No
       Amount   **N/A**              Received by   **N/A**

b. ☐ Business, ☐ profession or ☐ other self-employment     ☐Yes     ☒No
Amount **N/A**      Received by **N/A**

c. ☐ Rent payments, ☐ interest or ☐ dividends     ☐Yes     ☒No
Amount **N/A**      Received by **N/A**

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
     ☐Yes     ☒No
Amount **N/A**      Received by **N/A**

e. ☐ Gifts or ☐ inheritances     ☐Yes     ☒No
Amount **N/A**      Received by **N/A**

f. ☐Any other sources (state source: **N/A** )    ☐Yes     ☒No
Amount **N/A**      Received by **N/A**

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?     ☐Yes    ☒No    Total amount: **N/A**
In whose name held: **N/A**     Relationship to you: **N/A**

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?     ☐Yes    ☒No
Property: **N/A**     Current Value: **N/A**
In whose name held: **N/A**     Relationship to you: **N/A**

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?     ☐Yes    ☒No
Address of property: **N/A**
Type of property: **N/A**     Current value: **N/A**
In whose name held: **N/A**     Relationship to you: **N/A**
Amount of monthly mortgage or loan payments: **N/A**
Name of person making payments: **N/A**

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
     ☐Yes    ☒No
Property: **N/A**
Current value: **N/A**
In whose name held: **N/A**     Relationship to you: **N/A**

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents

_____

_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _4·3·08_

_Pedro Alamillo_
Signature of Applicant

_Pedro Alamillo_
(Print Name)

------------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, **Pedro Alamillo** , I.D.# **B50088** , has the sum

of $ **65.85** on account to his/her credit at (name of institution) **Dixon Correctional Center**

I further certify that the applicant has the following securities to his/her credit: **unknown** . I further

certify that during the past six months the applicant's average monthly deposit was $ **see attached** .

(Add all deposits from all sources and then divide by number of months).

_4-1-08_
DATE

_Nedra Chandler (BN)_
SIGNATURE OF AUTHORIZED OFFICER

**Nedra Chandler**

(Print name)

Date: 3/31/2008
Time: 1:19pm

d_list_inmate_trans_statement_composite

**Dixon Correctional Center**
**Trust Fund**

Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 09/30/2007 thru End;      Inmate: B50088;      Active Status Only ? : No;      Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print
Balance Errors Only ? : No

**Inmate: B50088 Alamillo, Pedro**                          **Housing Unit: DIX-NW-42-49**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | Beginning Balance: | | 345.88 |
| 10/02/07 | Point of Sale | 60 Commissary | 275747 | 548129 | Commissary | -36.42 | 309.46 |
| 10/15/07 | Mail Room | 01 MO/Checks (Not Held) | 288228 | 549800 | Rivera, Angie | 30.00 | 339.46 |
| 10/16/07 | Disbursements | 80 Postage | 289315 | Chk #76557 | 80809606, DOC: 523 Fund Inmate, Inv. Date: 09/25/2007 | -.41 | 339.05 |
| 10/16/07 | Disbursements | 80 Postage | 289315 | Chk #76557 | 80809857, DOC: 523 Fund Inmate, Inv. Date: 09/27/2007 | -1.14 | 337.91 |
| 10/16/07 | Disbursements | 80 Postage | 289315 | Chk #76557 | 80810996, DOC: 523 Fund Inmate, Inv. Date: 10/10/2007 | -.02 | 337.89 |
| 10/17/07 | Payroll | 20 Payroll Adjustment | 290115 | | P/R month of 09/2007 | 14.40 | 352.29 |
| 10/23/07 | Point of Sale | 60 Commissary | 296724 | 549680 | Commissary | -88.72 | 263.57 |
| 11/06/07 | Point of Sale | 60 Commissary | 310724 | 551583 | Commissary | -73.33 | 190.24 |
| 11/13/07 | Payroll | 20 Payroll Adjustment | 317115 | | P/R month of 10/2007 | 14.40 | 204.64 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80811685, DOC: 523 Fund Inmate, Inv. Date: 10/17/2007 | -.02 | 204.62 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80812445, DOC: 523 Fund Inmate, Inv. Date: 10/24/2007 | -.02 | 204.60 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80812643, DOC: 523 Fund Inmate, Inv. Date: 10/25/2007 | -.02 | 204.58 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80813368, DOC: 523 Fund Inmate, Inv. Date: 11/01/2007 | -.02 | 204.56 |
| 11/19/07 | Mail Room | 01 MO/Checks (Not Held) | 323228 | 555175 | Rivera, Angie | 30.00 | 234.56 |
| 11/19/07 | Point of Sale | 60 Commissary | 323726 | 553161 | Commissary | -35.19 | 199.37 |
| 12/05/07 | Point of Sale | 60 Commissary | 339747 | 555020 | Commissary | -79.59 | 119.78 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348115 | | P/R month of 11/2007 | 14.40 | 134.18 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80815275, DOC: 523 Fund Inmate, Inv. Date: 11/20/2007 | -.02 | 134.16 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80815628, DOC: 523 Fund Inmate, Inv. Date: 11/26/2007 | -.02 | 134.14 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80817019, DOC: 523 Fund Inmate, Inv. Date: 12/06/2007 | -.41 | 133.73 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80817020, DOC: 523 Fund Inmate, Inv. Date: 12/06/2007 | -.41 | 133.32 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80817024, DOC: 523 Fund Inmate, Inv. Date: 12/06/2007 | -.41 | 132.91 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80817363, DOC: 523 Fund Inmate, Inv. Date: 12/10/2007 | -1.60 | 131.31 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80817449, DOC: 523 Fund Inmate, Inv. Date: 12/10/2007 | -.02 | 131.29 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80817925, DOC: 523 Fund Inmate, Inv. Date: 12/12/2007 | -.02 | 131.27 |
| 12/17/07 | Mail Room | 01 MO/Checks (Not Held) | 351230 | 131995 | Rivera, Angie | 40.00 | 171.27 |
| 12/18/07 | Point of Sale | 60 Commissary | 352747 | 556673 | Commissary | -75.30 | 95.97 |
| 12/24/07 | Mail Room | 01 MO/Checks (Not Held) | 358230 | P778955 | Vasquez, Roy/Roberta | 50.00 | 145.97 |
| 01/08/08 | Point of Sale | 60 Commissary | 008726 | 558259 | Commissary | -68.54 | 77.43 |
| 01/16/08 | Payroll | 20 Payroll Adjustment | 016115 | | P/R month of 12/2007 | 14.40 | 91.83 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80822159, DOC: 523 Fund Inmate, Inv. Date: 01/16/2008 | -.97 | 90.86 |
| 01/18/08 | Mail Room | 01 MO/Checks (Not Held) | 018230 | B326953 | Rivera, Angie | 30.00 | 120.86 |
| 01/23/08 | Point of Sale | 60 Commissary | 023747 | 560268 | Commissary | -38.82 | 82.04 |
| 01/24/08 | Mail Room | 01 MO/Checks (Not Held) | 024230 | 11637180731 | Cave, Rey | 50.00 | 132.04 |
| 01/24/08 | Mail Room | 01 MO/Checks (Not Held) | 024230 | 11637180720 | Cave, Rey | 50.00 | 182.04 |
| 01/30/08 | Mail Room | 01 MO/Checks (Not Held) | 030230 | 200023076 | Estrada, Julio | 15.00 | 197.04 |
| 02/07/08 | Point of Sale | 60 Commissary | 038747 | 561886 | Commissary | -106.73 | 90.31 |
| 02/08/08 | Mail Room | 01 MO/Checks (Not Held) | 039230 | 564699 | Rivera, Angie | 30.00 | 120.31 |

Date: 3/31/2008                                     **Dixon Correctional Center**                          Page 2
Time: 1:19pm                                              **Trust Fund**

d_list_inmate_trans_statement_composite              Inmate Transaction Statement

REPORT CRITERIA - Date: 09/30/2007 thru End;      Inmate: B50088;      Active Status Only ? : No;      Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print
Balance Errors Only ? : No

**Inmate: B50088 Alamillo, Pedro**                          **Housing Unit: DIX-NW-42-49**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 02/08/08 | Mail Room | 01 MO/Checks (Not Held) | 039230 | 200023144 | Estrada, J. | 50.00 | 170.31 |
| 02/14/08 | Payroll | 20 Payroll Adjustment | 045115 | | P/R month of 01/2008 | 14.40 | 184.71 |
| 02/15/08 | Mail Room | 01 MO/Checks (Not Held) | 046230 | P788499 | Vasquez, Roberta | 30.00 | 214.71 |
| 02/15/08 | Disbursements | 80 Postage | 046315 | Chk #78546 | 80823791, DOC: 523 Fund Reimbu, Inv. Date: 01/31/2008 | -1.14 | 213.57 |
| 02/15/08 | Disbursements | 80 Postage | 046315 | Chk #78546 | 80824818, DOC: 523 Fund Reimbu, Inv. Date: 02/08/2008 | -.41 | 213.16 |
| 02/22/08 | Point of Sale | 60 Commissary | 053732 | 564171 | Commissary | -94.14 | 119.02 |
| 02/28/08 | Mail Room | 01 MO/Checks (Not Held) | 059228 | 200023025 | Estrada, Julio | 50.00 | 169.02 |
| 03/06/08 | Point of Sale | 60 Commissary | 066726 | 565334 | Commissary | -98.90 | 70.12 |
| 03/10/08 | Mail Room | 01 MO/Checks (Not Held) | 070230 | 200023276 | Estrada, Julio | 50.00 | 120.12 |
| 03/13/08 | Mail Room | 01 MO/Checks (Not Held) | 073230 | 359047 | Rivera, Angie | 40.00 | 160.12 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074115 | | P/R month of 02/2008 | 14.40 | 174.52 |
| 03/20/08 | Point of Sale | 60 Commissary | 080747 | 567030 | Commissary | -103.31 | 71.21 |

|  |  |
|--|--|
| Total Inmate Funds: | 71.21 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 5.36 |
| Funds Available: | 65.85 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 03/17/2008 | 80828836 | Disb | Postage 3/17/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 03/19/2008 | 80829021 | Disb | Postage/pers prop-3/19/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $4.95 |
| | | | | **Total Restrictions:** | **$5.36** |