**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief of Criminal Appeals
   Illinois Attorney General's Off
   100 W. Randolph Street
   Chicago, Illinois 60601

7004 2510 0001 9676 1212

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  RECEIVED
      ATTORNEY GENERAL   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JUN 06 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No
   OFFICE SRVCS
   MAILROOM

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

08c2056

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Michael W. Dobbins, Clerk
U.S. District Court
219 South Dearborn Street
Room 2010 (08cv2056)
Chicago, Illinois 60604

RECEIVED
JUN 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
JUN 17 2008
Jun 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv2056