UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. PEDRO ALAMILLO, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 2056 |
| NEDRA CHANDLER, Warden, | ) ) | The Honorable Virginia M. Kendall, |
| Respondent. | ) | Judge Presiding. |

**NOTICE OF MOTION**

To:   Pedro Alamillo, #B50088
      Dixon Correctional Center
      2600 N. Brinton Ave.
      Dixon, IL 61021

On Tuesday, July 15, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in Courtroom 2319, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's MOTION TO DISMISS AS UNTIMELY PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS.

July 3, 2008

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:   /s/ Erin M. O'Connell
      ERIN M. O'CONNELL, Bar # 6283650
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, Illinois 60601-3218
      PHONE: (312) 814-1235
      FAX: (312) 814-2589
      EMAIL: eoconnell@atg.state.il.us