**UNITED STATES DISTRICT COURT**
FOR THE **Northern District of Illinois** – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Pedro Alamillo
                Plaintiff,

v.                                    Case No.: 1:08–cv–02056
                                             Honorable Virginia M. Kendall

Nedra Chandler
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Respondent's motion to dismiss[12] is taken under advisement. Petitioner is given to 8/15/2008 to file a response. Reply is due by 8/29/2008. Court will rule by mail.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.