United States District Court
Northern District of Illinois
Eastern Division

MHN

United States of America
et rel. Pedro Alamillo,
    Petitioner,

-v-

Nedra Chandler, Warden,
    Respondent.

FILED
7-21-2008
JUL 2 1 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

No. 08·C·2056

The Honorable Virginia M. Kendall, Judge presiding

## MOTION FOR EXTENSION OF TIME

I, Pedro Alamillo, (Petitioner/Respondent), respectfully moves the Court to enter an order granting him an extension of time, and in support of states:

1. I am the (Petitioner/respondent), in the above captioned case.
2. I am not represented by a attorney in this case.
3. I am a prisoner committed to the custody of the Illinois Department of Corrections at Dixon Correctional Center, Dixon, Illinois, 61021.
4. The Petitioner/Respondent, served Scheduling Order which was received by me on July 15, 2008.
5. I have been unable to make the necessary investigation and research in order to prepare and file Response on or before the date of August 15, 2008 because:
   A. Need to seek assistance in preparing said response.
   B. That I am not familiar with the law, rules and regulations of the District Court.

-1-

6. I need more time within to prepare and file _Petition Motion to response._

WHEREFORE, I respectfully request an extension of _30_ days from this date, to and including _August 15_, 200_8_, within which to file _Petition Motion to response._

/s/ _Pedro Alamillo_
_Pedro Alamillo_   ID# _B-50088_
_2600 N. Brinton Ave._
_Dixon_, Illinois, _61021_

### VERIFICATION OF CERTIFICATION

I, _Pedro Alamillo_, the undersigned, certify and states that:

1. I am the (Petitioner/Respondent) in the above legal matter;

2. I have read the foregoing application and have knowledge of its contents;

and

3. Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein satted to be on information and belief, and as to such matters I certify that I believe the same to be true.

/s/ _Pedro Alamillo_

United States District Court
Northern District of Illinois
Eastern Division

Pedro Alamillo )
Plaintiff, )
)
) Case No. 08-C-2056
v. )
)
Nedra Chandler, Warden )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the Court
219 South Dearborn St.
Chicago, Illinois
60604

TO: Erin M. O'Connell (A.A.G)
100 W. Randolph St. 12th Fl.
Chicago, Illinois
60602

PLEASE TAKE NOTICE that on __July 15__, 2008, I have placed the documents listed below in the institutional mail at __Dixon__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: __Motion for extension of time.__

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: July 15, 2008

/s/ Pedro Alamillo
NAME: Pedro Alamillo
IDOC#: B.50088
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021